JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA 93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ronnie Lee Mack,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. 1:18-cv-01287-BAM<br><br>STIPULATION AND (PROPOSED)<br>ORDER FOR EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from May 9, 2019 to June 10, 2019, for Plaintiff to serve on defendant with PLAINTIFF'S OPENING BRIEF. Commissioner's response will be due on July 9, 2019. All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's first request for an extension of time. Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: April 19, 2019         PENA & BROMBERG, ATTORNEYS AT LAW


                              By: */s/ Jonathan Omar Pena*
                              JONATHAN OMAR PENA
                              Attorneys for Plaintiff


Dated: April 19, 2019         MCGREGOR W. SCOTT
                              United States Attorney
                              DEBORAH LEE STACHEL
                              Regional Chief Counsel, Region IX
                              Social Security Administration


                              By:  */s/ Sharon Lahey*
                              SHARON LAHEY
                              Special Assistant United States Attorney
                              Attorneys for Defendant
                              (* authorization granted via Email on April 19, 2019)


## ORDER

Pursuant to the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that the deadline for Plaintiff to file an Opening Brief is extended to June 10, 2019, and the deadline for Defendant to file a responsive brief is extended to July 9, 2019. All other dates in the Court's Scheduling Order are extended accordingly.

IT IS SO ORDERED.

Dated:   **April 23, 2019**              /s/ Barbara A. McAuliffe
                                         UNITED STATES MAGISTRATE JUDGE