| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | DEBORAH LEE STACHEL<br>Regional Chief Counsel, Region IX |
| 3 | Social Security Administration<br>SHARON LAHEY |
| 4 | Special Assistant United States Attorney<br>160 Spear Street, Suite 800 |
| 5 | San Francisco, California 94105<br>Telephone: 415-977-8963 |
| 6 | Facsimile: 415-744-0134<br>E-mail: Sharon.Lahey@ssa.gov |
| 7 | |
| 8 | Attorneys for DEFENDANT |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| RONNIE LEE MACK,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>  Commissioner of Social Security,[1]<br><br>    Defendant. | CASE NO. 1:18-cv-01287-BAM<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO OPENING BRIEF |

RONNIE LEE MACK ("Plaintiff"), and ANDREW SAUL, Commissioner Of Social Security ("Defendant" or the "Commissioner"), hereby stipulate, subject to the approval of the Court, to a 30-day extension of time to for the Commissioner to respond to Plaintiff's Opening Brief (ECF 14). The current deadline is July 9, 2019, and the new deadline would be August 7, 2019. The deadline for any reply would be August 21, 2019. This is the second extension of time requested in the above-captioned matter, and it is the Defendant's first request for additional time. Defendant requests this additional time because the undersigned attorney was unexpectedly out of the office on medical leave for two days

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). See also section 205(g) of the Social Security Act (the Act), 42 USC 405(g) (action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

DEF.'S EOT & ORDER      1      CASE NO. 1:18-cv-01287-BAM

during the week of June 24, 2019 and currently has six dispositive motions due the week of July 8, 2019. Accordingly, the undersigned attorney requires additional time to adequately address the issues that Plaintiff raises in his opening brief. The parties further stipulate that the scheduling order in the above-captioned matter be modified accordingly.

                                      Respectfully submitted,

                                      PENA & BROMBERG, ATTORNEYS AT LAW

Dated: July 1, 2019                           By:   /s/ *Jonathan Omar Peña\**
                                                      JONATHAN OMAR PEÑA
                                                      Attorney for Plaintiff
                                                     [*As authorized by e-mail on July 1, 2019]

Dated: July 1, 2019                           McGREGOR W. SCOTT
                                                     United States Attorney
                                                     DEBORAH LEE STACHEL
                                                     Regional Chief Counsel, Region IX

                                                     By:   */s/ Sharon Lahey*
                                                     SHARON LAHEY
                                                     Assistant Regional Counsel

## **ORDER**

     Pursuant to the parties' stipulation, and good cause appearing, Defendant shall have an extension of time to file a response to Plaintiff's Opening Brief. Defendant's response shall be filed on or before August 7, 2019, and Plaintiff shall file any reply on or before August 21, 2019. All other deadlines in the Court's Scheduling Order shall be modified accordingly.

IT IS SO ORDERED.

    Dated:   **July 2, 2019**                            /s/ *Barbara A. McAuliffe*
                                                                 UNITED STATES MAGISTRATE JUDGE