UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE LEE MACK, SR., | No. 1:18-cv-01287-DAD-BAM |
| Plaintiff, | |
| v. | <u>ORDER GIVING EFFECT TO STIPULATION FOR AWARD OF ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSICE ACT</u> |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | (Doc. No. 24) |

On September 19, 2018, plaintiff Ronnie Lee Mack, Sr. filed this action seeking review of a final decision of defendant Andrew M. Saul, the Commissioner of Social Security. (Doc. No. 1.) On May 26, 2020, the matter was remanded to the Commissioner of Social Security for further proceedings pursuant to 42 U.S.C. § 405(g). (Doc. No. 22.) On July 30, 2020, the parties filed a stipulation[1] with the court agreeing that plaintiff shall be awarded attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of $6,500.00. (Doc. No. 24.)

Good cause appearing, and pursuant to the parties' July 30, 2020 stipulation, the court orders as follows:

---

[1] The filing appears on the docket as a "motion for attorney fees," but this title is a misnomer, as the filing is actually a stipulation between the parties. (*See generally* Doc. No. 24.)

1

1. Pursuant to the EAJA, 28 U.S.C. § 2412(d), plaintiff is awarded attorney's fees in the amount of $6,500.00;
2. After the issuance of this order, the government shall consider the assignment of the EAJA attorney's fees to plaintiff's counsel;
   a. Pursuant to the decision in *Astrue v. Ratliff*, 560 U.S. 586 (2010), any such assignment will depend on whether the attorney's fees are subject to any offset allowed under the United States Department of Treasury's ("the DOT") Offset Program;
   b. Fees shall be made payable to plaintiff, but if the DOT determines that plaintiff does not owe a federal debt, then the government shall cause the payment of attorney's fees to be made directly to plaintiff's counsel, Jonathan O. Peña;
3. Whether the payment of attorney's fees is made payable to plaintiff or to his counsel, the check will be mailed to plaintiff's counsel's mailing address.

IT IS SO ORDERED.

Dated: **July 31, 2020**

_____
UNITED STATES DISTRICT JUDGE